# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-1320

———————

Juanita M. Crump-Donahue,      *
     *
         Appellant,      *
     *    Appeal from the United States
      v.      *    District Court for the
     *    Eastern District of Arkansas.
United States of America,      *
     *     [UNPUBLISHED]
         Appellee.      *

———————

Submitted: October 6, 2006
Filed: October 12, 2006

———————

Before MURPHY, BYE, and MELLOY, Circuit Judges.

———————

PER CURIAM.

Juanita Crump-Donahue appeals the district court's[1] preservice dismissal of her suit under the Federal Tort Claims Act. After de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review), we agree with the district court that Crump-Donahue's suit is barred by res judicata, see Daley v. Marriott Int'l, Inc., 415 F.3d 889, 895-96 (8th Cir. 2005) (under doctrine of res judicata, judgment on merits in prior suit bars second suit involving same parties or their privies based on same cause of action). We also deny her appellate motions.

———————

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____